**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STACY TYLER, and others similarly
situated,

        Plaintiffs,

vs.                                        CASE NO. 6:06-CV-1495-ORL-19KRS

AMERICAN TIRE DISTRIBUTORS,
INC.,

        Defendant.
_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 25, filed March 16, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 25) is **ADOPTED and AFFIRMED.** Daniel J. Mulay may intervene as a party plaintiff. The Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (Doc. No. 24, filed February 15, 2007) is **GRANTED.** The settlement agreement submitted with the joint stipulation (Doc. No. 24 at 5-18), as to Stacy Tyler and Daniel J. Mulay only, is **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, except for the confidentiality provision in paragraph 7 of the settlement agreement which is no longer confidential. Further, the collective action allegations in the Complaint are **DISMISSED**. This case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   4th   day of April, 2007.

_/s/ Patricia C. Fawsett_
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record